TERRENCE A. GAISER
Attorney at Law
2900 Smith Street, Suite 220
Houston, Texas 77006
(713) 225-0666

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/17/2015 10:36:00 AM
CHRISTOPHER A. PRINE
Clerk

February 13, 2015

Mr. Jared Demond Pickett
TDCJ-ID 01900325
Smith Unit
1313 CR 19
Lamesa, Texas 79331

      Re: Jared Demond Pickett vs. The State of Texas, 01-13-01080-CR, Appeal from the 182nd District Court of Harris County, Texas

Dear Mr. Pickett;

      Enclosed please find a copy of the my motion to withdraw in your case. The Court will grant my motion to withdraw. If the Court affirms your case and you wish to file a petition for discretionary review in the Court of Criminal Appeals, you may do so by filing in the Court of Criminal Appeals within 30 days of the date the case is affirmed. If you desire more time, apply to that court for an extension of time.


Sincerely,
/S/Terrence Gaiser
Terrence Gaiser

TG/cc
Enclosure.
CMRRR 7012 1010 0001 4778 1570